**Order entered June 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00213-CV

## IN THE INTEREST OF M.K.J. III AND S.M.J., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-21425**

## ORDER

The clerk's record in this case is overdue. By postcard dated May 14, 2019, we notified the Dallas County District Clerk that the clerk's record was past due and directed the Dallas County District Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record or (2) written verification that appellant has been found not entitled to proceed without payment of costs. *We notify appellant that if we receive verification the clerk's record has not been paid for or that arrangements to pay for the clerk's record have not been made and that appellant has not been found entitled to proceed without payment of costs, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order to:

Felicia Pitre
Dallas County District Clerk

All parties

                         /s/       BILL WHITEHILL
                                      JUSTICE